JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS A. SUAREZ, Petitioner, v. ERIC MEJIA, Respondent. | Case No. EDCV 25-2680 JFW (PVC) **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that judgment is entered in favor of Respondent, and the above-captioned action is dismissed with prejudice.

Dated: September 25, 2026

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE